MANATT, PHELPS & PHILLIPS, LLP
CRAIG J. DE RECAT (State Bar No. CA 105567)
E-mail: cderecat@manatt.com
MATTHEW P. KANNY (State Bar No. CA 167118)
E:mail: mkanny@manatt.com
KATRINA DELA CRUZ (State Bar No. CA 2933398)
E:mail: kdelacruz@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224

Attorneys for Plaintiff and Counter-Defendants
WESTPORT INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ ESTRADA & CONWAY LLP AND DOES 1-10,<br><br>Defendants. | Case No. 3:15-cv-05789-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF WESTPORT INSURANCE CORPORATION'S TIME TO RESPOND TO COUNTERCLAIM<br><br>Complaint Filed: October 5, 2015<br>Case Transferred: December 17, 2015<br>Counterclaim Filed: January 5, 2016<br>New Response Date: February 19, 2016<br><br>Judge:       Hon. Jon S. Tigar |
| VASQUEZ ESTRADA & CONWAY LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA AND PATRICIA KANTOR CONWAY,<br><br>Counter-claimants,<br><br>v.<br><br>WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION, SWISS RE CORPORATE SOLUTIONS AMERICAS HOLDING CORPORATION, A DELAWARE CORPORATION, AND DOES 1-10,<br><br>Counter-defendants. | |

1

Having reviewed the Stipulation to Extend Plaintiff Westport Insurance Corporation's Time to Respond to Counterclaim ("Stipulation"), the Court **GRANTS** the Stipulation and **ORDERS**:

    1.    Plaintiff and Counter-defendant Westport Insurance Corporation to file its response to the Counterclaim on or before February 19, 2016.

**IT IS SO ORDERED.**

Dated: January 25, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

316023605.1