Heather L. Rosing, Bar No. 183986
Frank C. Olah, Bar No. 247843
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California  90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com

Attorneys for Defendant
VASQUEZ, ESTRADA & CONWAY LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, a Missouri corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASQUEZ, ESTRADA & CONWAY LLP and DOES 1 through 10,<br><br>　　　　Defendants.<br><br>VASQUEZ ESTRADA & CONWAY LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA AND PATRICIA KANTOR CONWAY,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION, SWISS RE CORPORATE SOLUTIONS AMERICAS HOLDING CORPORATION, A DELWARE CORPORATION, et al.,<br><br>　　　　Counterdefendants. | Case No.   3:15-cv-05789-JST<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Courtroom:   9<br>Judge:   Hon. Jon S. Tigar<br>Complaint Filed:  October 5, 2015<br>Trial Date:  None set |

- 1 -

1  This Court, having considered the parties' Stipulation to Continue Initial
2  Case Management Conference to March 31, 2016 and good cause appearing
3  thereon, HEREBY ORDERS that the Case Management Conference currently
4  scheduled for March 16, 2016 at 2:00 p.m. be continued to **March 31, 2016**, at
5  2:00 p.m. in Courtroom 9 of the instant Court~~, or to the following date and time:~~
6  ~~_____~~.

7  The Court FURTHER ORDERS that the last day to file the Rule 26(f)
8  Report, complete initial disclosures or state objection in Rule 26(f) Report and to
9  file Case Management Statement per Standing Order re Contents of Joint Case
10 Management Statement previously scheduled for March 9, 2016, be continued to
11 **March 23, 2016**.

15 DATED: February 26, 2016       By: 
16                                    Hon.
                                       Judge Jon S. Tigar

18 16565191v1