DONALD W. CARLSON (Bar No.: 79258/Email: dcarlson@ccplaw.com)
ROBERT M. PETERSON (Bar No.: 100084/Email: rpeterson@ccplaw.com)
ERIC K. IWASAKI (Bar No.: 256664/Email: eiwasaki@ccplaw.com)
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile:  (415) 391-3898

Attorneys for Counter-claimants
VASQUEZ ESTRADA & CONWAY LLP,
MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA
AND PATRICIA KANTOR CONWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ ESTRADA & CONWAY LLP AND DOES 1-10,<br><br>Defendants.<br><br>VASQUEZ ESTRADA & CONWAY LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA AND PATRICIA KANTOR CONWAY,<br><br>Counter-claimants,<br><br>v.<br><br>WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION, SWISS RE CORPORATE SOLUTIONS AMERICAS HOLDING CORPORATION, A DELAWARE CORPORATION, AND DOES 1-10,<br><br>Counter-defendants. | CASE NO.:  3:15-cv-05789-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed:  December 17, 2015<br><br>Judge:  Hon. Jon S. Tigar |

1

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR (*please identify process and provider*): <u>Private Mediation. The parties will exchange lists of five proposed mediators in the San Francisco area.</u>

The parties agree to hold the ADR session by:

☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered*.)

☐ other requested deadline _____

Dated: 3/10/2016           /s/ Robert M. Peterson
                           Attorney for Counter-Claimants

Dated: 3/10/2016           /s/ Matthew P. Kanny
                           Attorney for Counter-Defendants

**[PROPOSED] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 11, 2016

JUDGE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Jon S. Tigar*

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."