MANATT, PHELPS & PHILLIPS, LLP
CRAIG J. DE RECAT (State Bar No. CA 105567)
E-mail: cderecat@manatt.com
MATTHEW P. KANNY (State Bar No. CA 167118)
E:mail: mkanny@manatt.com
KATRINA DELA CRUZ (State Bar No. CA 2933398)
E:mail: kdelacruz@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224

Attorneys for Plaintiff and Counter-Defendants
WESTPORT INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>VASQUEZ ESTRADA & CONWAY LLP AND DOES 1-10,<br><br>                    Defendants.<br><br>_____<br><br>VASQUEZ ESTRADA & CONWAY LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA AND PATRICIA KANTOR CONWAY,<br><br>                    Counter-claimants,<br><br>          v.<br><br>WESTPORT INSURANCE CORPORATION, A MISSOURI CORPORATION, SWISS RE CORPORATE SOLUTIONS AMERICAS HOLDING CORPORATION, A DELAWARE CORPORATION, AND DOES 1-10,<br><br>                    Counter-defendants. | Case No. 3:15-cv-05789-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE: COUNTER-DEFENDANTS' TIME TO FILE ANSWER TO COUNTERCLAIM<br><br>Complaint Filed:  October 5, 2015<br>Case Transferred:  December 17, 2015<br>Counterclaim Filed:  January 5, 2016<br>New Response Date:  May 27, 2016<br><br>Judge:        Hon. Jon S. Tigar |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

1

[PROPOSED] ORDER GRANTING STIPULATION RE: COUNTER-DEFENDANTS' TIME TO FILE ANSWER TO COUNTERCLAIM - CASE NO. 3:15-CV-05789-JST

1       Having reviewed the Stipulation Re: Counter-Defendants' Time To File Answer To

2   Counterclaim ("Stipulation"), the Court **GRANTS** the Stipulation and **ORDERS**:

3       Plaintiff and Counter-Defendant Westport Insurance Corporation and Counter-Defendant

4   SR Corporate Solutions Americas Holding Corporation *erroneously sued as* Swiss Re Corporate

5   Solutions Americas Holding Corporation to file its answer to the Counterclaim on or before May

6   27, 2016.

7

8              **IT IS SO ORDERED.**

9

10  Dated: __May 13, 2016_____

11

12  316954679.1

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

[PROPOSED] ORDER GRANTING STIPULATION RE: COUNTER-DEFENDANTS' TIME TO FILE ANSWER
TO COUNTERCLAIM - CASE NO. 3:15-CV-05789-JST