UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ, ESTRADA AND CONWAY LLP,<br><br>Defendant. | Case No. 15-cv-05789-JST<br><br>**ORDER GRANTING AS MODIFIED STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT AND FIRST AMENDED COUNTERCLAIM**<br><br>Re: ECF No. 62 |

Having reviewed the parties' Stipulation Regarding Filing of First Amended Complaint and First Amended Counterclaim ("Stipulation"), ECF No. 62, the Court grants the Stipulation as modified and orders:

1. Westport shall electronically file the First Amended Complaint, attached as Exhibit A to the Stipulation, within 3 days of the date of the Court's Order approving this Stipulation.

2. Counter-Claimants shall electronically file the First Amended Counterclaim, attached as Exhibit B to the Stipulation, after Westport files the First Amended Complaint and within 3 days of the Court's Order approving this Stipulation.

3. Counter-Defendants shall file its Answer or responsive pleading to the First Amended Counterclaim within 14 days of the filing of the First Amended Counterclaim.

4. VEC shall file its Answer or responsive pleading to the First Amended Complaint within 14 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: May 25, 2016

_____
JON S. TIGAR
United States District Judge