MANATT, PHELPS & PHILLIPS, LLP
CRAIG J. DE RECAT (Bar No. 105567)
E-mail: cderecat@manatt.com
MATTHEW P. KANNY (Bar No. 167118)
E-mail: mkanny@manatt.com
KATRINA DELA CRUZ (Bar No. 293398)
E-Mail: kdelacruz@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff and Counter Defendants*
WESTPORT INSURANCE CORPORATION
and SR CORPORATE SOLUTIONS AMERICA
HOLDING CORPORATION, *erroneously sued as* SWISS RE CORPORATE SOLUTIONS
AMERICAS HOLDING CORPORATION


KLINEDINST PC
HEATHER L. ROSING (BAR NO. 183986)
E-mail: hrosing@klinedinstlaw.com
FRANK C. OLAH (BAR NO. 247843)
folah@klinedinstlaw.com
KLINEDINST PC
MICHAEL L. MARTUCCI (BAR NO. 279623)
mmartucci@klinedinstlaw.com
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
Telephone: (213) 406-1100
Facsimile: (213) 406-1101

*Attorneys for Defendant*
VASQUEZ ESTRADA & CONWAY LLP

CARLSON, CALLADINE & PETERSON LLP
DONALD W. CARLSON (BAR NO. 79258
E-mail: dcarlson@ccplaw.com
ROBERT M. PETERSON (BAR NO. 100084)
E-mail: rpeterson@ccplaw.com
ERIC K. IWASKI (BAR NO. 2556664)
E-mail: eiwasaki@ccplaw.com

*Attorneys for Counter-Claimants* VASQUEZ
ESTRADA & CONWAY LLP, MICHAEL A.
VASQUEZ, MICHAEL J. ESTRADA and
PATRICIA KANTOR CONWAY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>VASQUEZ, ESTRADA & CONWAY LLP and DOES 1 through 10,<br><br>Defendants. | Case No. 3:15-cv-05789-JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MEDIATION DEADLINE<br><br>Courtroom: 9<br>Judge: Hon. Jon S. Tigar<br>Complaint Filed: October 5, 2015<br>Trial Date: July 24, 2017 |

Plaintiff WESTPORT INSURANCE CORPORATION ("Plaintiff"), Defendant VASQUEZ, ESTRADA & CONWAY, LLP ("Defendant"), Counter-Claimants VASQUEZ, ESTRADA & CONWAY, LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA and PATRICIA KANTOR CONWAY ("Counter-Claimants") and Counter-Defendant SR CORPORATE SOLUTIONS AMERICA HOLDING CORPORATION ("Counter-Defendant") (Plaintiff, Defendant, Counter-Claimants and Counter-Defendant shall be referred to as "Parties"), by and through their counsel of record, hereby agree and stipulate to the Court's continuance of the Mediation Completion Date as follows:

## STIPULATION

**WHEREAS**, on March 23, 2016, the Parties submitted their Joint Rule 26(f) Report and Case Management Statement indicating they had agreed to participate in private mediation on or before June 15, 2016;

**WHEREAS**, on or about March 23, 2016, the Parties scheduled a full-day private mediation with Hon. James L. Warren (Ret.) for June 1, 2016 at 9:30 a.m. at JAMS' San Francisco Office;

**WHEREAS**, on April 12, 2016, the Court issued its Scheduling Order

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

providing a mediation deadline of June 15, 2016;

**WHEREAS**, on or about May 18, 2016, the Parties met and conferred telephonically regarding the mediation scheduled for June 1, 2016 and the Parties agreed that it would not be practicable or productive to proceed with the expensive mediation on June 1, 2016 given the state of discovery and the extremely large document production being processed by the Parties.

**WHEREAS**, on or about May 20, 2016, pursuant to the Parties' meet and confer efforts, the Parties all agreed to continue the private mediation with Judge Warren to **August 4, 2016** at 9:30 a.m. at JAMS's San Francisco office, which is the date on which the mediation remains set.

**WHEREAS**, the Parties, despite their diligent efforts, were not able to mediate this matter before the June 15, 2016 mediation deadline, but will be able to complete the mediation on August 4, 2016;

**WHEREAS**, a brief continuance of the aforementioned deadline is in the Parties' best interest and in the best interest of the litigation, and would not otherwise delay trial or any other currently-scheduled pre-trial dates;

**WHEREAS**, due to a miscommunication among the Parties, this Stipulation and Proposed Order was not submitted to the Court before June 15, 2016, and for this error the Parties apologize to the Court;

Based on the foregoing, IT IS HEREBY STIPULATED between the Parties as follows:

1. The Mediation Deadline be continued to August 5, 2016, or to a date soon thereafter that is convenient for this Court.

**IT IS SO STIPULATED.**

///

///

///

|    |    |    |
|----|----|----|
|    |    | MANATT, PHELPS & PHILLIPS, LLP |
| DATED: June 28, 2016 | By: | /s/ *Craig J. de Recat* |
|    |    | Craig J. de Recat, Esq. |
|    |    | Matthew P. Kanny, Esq. |
|    |    | Katrina Dela Cruz, Esq. |
|    |    | Attorneys for Plaintiff WESTPORT INSURANCE CORPORATION and Counter-Defendant SR CORPORATE SOLUTIONS AMERICA HOLDING CORPORATION |
|    |    | KLINEDINST PC |
| DATED: June 28, 2016 | By: | /s/ *Frank C. Olah* |
|    |    | Frank C. Olah |
|    |    | Attorneys for Defendant VASQUEZ, ESTRADA & CONWAY LLP |
|    |    | CARLSON CALLADINE & PETERSON LLP |
| DATED: June 28, 2016 | By: | /s/ *Robert M. Peterson* |
|    |    | Robert M. Peterson |
|    |    | Don Carlson |
|    |    | Attorneys for Counter-Claimants VASQUEZ ESTRADA & CONWAY LLP, MICHAEL A. VASQUEZ, MICHAEL J. ESTRADA and PATRICIA KANTOR CONWAY |

## ORDER

Pursuant to the foregoing Stipulation executed by the Parties, the Court hereby orders as follows:

1. The Mediation Deadline is continued to August 5, 2016.

IT IS SO ORDERED.

DATED: June 28, 2016          By: _____
                                  Hon. Jon S. Tigar
                                  Judge of the United States District Court

16689512v1