UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WESTPORT INSURANCE CORPORATION, Plaintiff, v. VASQUEZ, ESTRADA AND CONWAY LLP, Defendant. | Case No. 15-cv-05789-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 86 |
|---|---|

The Court construes the parties' stipulated request for a three-week extension of all pre-trial deadlines, ECF No. 86, as a stipulated request for all deadlines. So construed, the request is granted. The revised schedule for the case will be as follows:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | March 3, 2017 |
| Expert disclosures | March 10, 2017 |
| Expert rebuttal | March 24, 2017 |
| Expert discovery cut-off | April 14, 2017 |
| Deadline to file dispositive motions | April 28, 2017 |
| Pretrial conference statement due | July 11, 2017 |
| Pretrial conference | July 21, 2017 at 2:00 p.m. |

| Event | Deadline |
|---|---|
| Trial | August 14, 2017 at 8:30 a.m. |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: August 22, 2016



_____
JON S. TIGAR
United States District Judge